AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEDTRIC JACKSON,

Plaintiff,

v.

CITY OF WILLACOOCHEE, COLONEL WAYNE FLANDERS, in his individual capacity, and WILLIAM GILLARD, in his individual capacity,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22-cv-63

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's April 23, 2024 Order, Defendants City of Willacoochee, Wayne Flanders, and William Gillard's motion for summary judgment is granted.

This case stands closed.

Approved by: _____

Date: April 25, 2024

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020